DAYLE ELIESON
United States Attorney
District of Nevada
FRANK COUMOU
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
frank.coumou@usdoj.gov

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CARLA RAMANI,<br><br>Defendant. | 2:06-mj-00745-VCF<br><br>**MOTION TO TERMINATE THE REQUIRED CONDITIONS** |

COMES NOW the United States of America, by and through Dayle Elieson, United States Attorney, and Frank Coumou, Assistant United States Attorney, and files this Motion to Terminate the Required Conditions.

On November 14, 2006, a complaint was filed charging the defendant with Operating and in Actual Physical Control of a Motor Vehicle Under the Influence of Alcohol and/or Drugs, Operating and in Actual Physical Control of a Motor Vehicle With a BAC of 0.08 Grams and Higher, Unsafe Operation and Possession of Drug Paraphernalia. On April 4, 2007, Defendant pled guilty to Operating and in Actual Physical Control of a Motor Vehicle Under the Influence of Alcohol and/or Drugs. Remaining charges were dismissed. Defendant was sentenced to pay $500 fine and $10 penalty assessment. Defendant also had to attend and complete a DUI school. Defendant was also ordered to complete 64 hours of community service. The Defendant's case was

scheduled for a status check on October 16, 2007 and then again for November 13, 2007. Defendant failed to appear on both dates and a bench warrant was issued.

Defendant was arrested on August 8, 2017 in Eastern District of Pennsylvania for the warrant out of District of Nevada. The court's records indicate the Defendant has paid the court ordered fine and completed the DUI School. However, Defendant has not completed the 64 hours of community service. Defendant is attending a long term alcohol rehabilitative program in Pennsylvania, and she is being monitored by a court there.

Counsel for the Government requests that the requirement for community service be terminated and the case closed in the interest of justice.

Respectfully submitted,

DAYLE ELIESON,
United States Attorney

DATE: March 7, 2018

/s/ Frank Coumou
_____
FRANK COUMOU
Assistant United States Attorney

IT IS SO ORDERED.

Dated this 8th day of March, 2018.

_____
UNITED STATES MAGISTRATE JUDGE